UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

SHAUL GINSBERG on behalf of herself and all other similarly situated consumers

                 Plaintiff,

-against-

DYNAMIC RECOVERY SOLUTIONS LLC

                 Defendant.
_____

Index No. 1:13-cv-01353-WFK-CLP

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
         June 10, 2013

                         __/s/ Maxim Maximov_____
                         Maxim Maximov, Esq.
                         Maxim Maximov, LLP
                         Attorney for the Plaintiff
                         1600 Avenue M, 2nd Floor
                         Brooklyn, NY 11230
                         Office: (718) 395-3459
                         Facsimile: (718) 408-9570
                         E-mail: m@maximovlaw.com