UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHAUL GINSBERG on behalf of herself and all other similarly situated consumers

                Plaintiff,

-against-

DYNAMIC RECOVERY SOLUTIONS LLC

                Defendant.

Index No. 1:13-cv-01353-WFK-CLP

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

        **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       June 10, 2013

                                              /s/ Maxim Maximov
                                              Maxim Maximov, Esq.
                                              Maxim Maximov, LLP
                                              Attorney for the Plaintiff
                                              1600 Avenue M, 2nd Floor
                                              Brooklyn, NY 11230
                                              Office: (718) 395-3459
                                              Facsimile: (718) 408-9570
                                              E-mail: m@maximovlaw.com

The application is  ✓  granted.
SO ORDERED     ___  denied.
    s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: June 10, 2013
      Brooklyn, New York

-1-